NO. 15-25-00118-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
AUG 12 2025
CHRISTOPHER A. PRINE
CLERK

JAMES BRICKLEY, § COURT OF APPEALS NUMBER
Appllant, § 15-25-00118-CV
§
v. §
§
NICHOLAS WALTON, § TRIAL COURT CAUSE NUMBER
Appellee. § DC-24-55842

---

## PLAINTIFF'S NOTICE OF PAST-DUE FINDINGS OF FACT & CONCLUSIONS OF LAW

PLAINTIFF/appellant, James Brickley, gives the Court notice that its findings of fact and conclusions of law are past due and asks the Court to file findings of fact and conclusions of law.

### INTRODUCTION

1. Plaintiff/appellant, James Brickley, sued defendant, Nicholas Waltton, for in his individual capacity for theft and civil rights violations amounting to denial of access to the courts, for unlawfully taking Brickley's legal work in violation of TDCJ policy and state laws, which allow recovery as n intentional tort under the TCPRC.

2. The Court signed judgment on 10June2025.

### FIRST REQUEST

3. Plaintiff/appellant filed a timely request for findings of fact and conclusions of law on 26June2025.

4. The findings of fact and conclusions of law were due on the 16th of July,2025, 20 days after the request was filed. Tex.R.Civ.P.297.

### SECOND REQUEST

5. Plaintiff/appellant put this Court on notice that he was expecting the findings of fact and conclusions of law in his letter to the Court Clerk on 24July2025 requesting supplementation to the

1

Clerk's Record in an attempt to maintain a respectful stance to this Court.

6. Plaintiff/appellant files this notice of past-due findings of fact and conclusions of law in this formal setting to extend the date that the findings of fact and conclusions of law are due. Findings of fact and conclusions of law are now due on 6September 2025, 30 days past the date of this motion, or the filing of this motion.. Which ever date the Court deems justified..

7. Plaintiff/appellant asks the Court to file findings of fact and conclusions of law and require the court clerk to mail copies to all parties, as required by Texas Rule of Civil Procedure 297.

PRAYER

For these reasons Plaintiff/appellant asks this Court to file findings of fact and conclusions of law.

Respectfully submitted,

5Aug2025

JAMES BRICKLEY
3201 FM 929
Gatesville, Texas 76597

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was forwarded to my agent with explicit instructions to forward to all parties in the suit, including the Trial Court, and the attorney for the opposing party. Executed on this day 5August2025.

5Aug2025

JAMES BRICKLEY
3201 FM 929
Gatesville, Texas 76597